UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Donald B. Hewlett                :          Case #: 03-69335
        Debra Kaye Hewlett

                                         :          Chapter 13

                                         :          Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: June 10, 2010                     /s/ Frank M. Pees
                                         Frank M. Pees
                                         Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| FLEET CREDIT CARD SERVICES | $79.72 |
| 2 COMMERCIAL PL  8TH FLR | |
| NORFOLK VA 23510 | |